PHILLIP A. TALBERT
United States Attorney
ELLIOT WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| TIBA MOHAMMED ALWAN, | CASE NO. 2:23-CV-00562-JAM-AC |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER FOR FIRST EXTENSION OF TIME** |
| v. | |
| U.S. DEPARTMENT OF STATE, ET AL., | |
| Defendants. | |

The Defendants respectfully request a first extension of time in which to respond to the Complaint, and counsel for Plaintiff does not oppose. This case concerns the visa application of Plaintiff's spouse, which was refused for administrative processing following an October 2022 consular interview. The administrative processing has now been resolved. The parties anticipate that the consular official will be able to complete the adjudication of the visa application in this case shortly, following the receipt of requested documents from the beneficiary, which is expected to render this lawsuit moot.

///

///

///

1

The parties therefore stipulate that the new date for Defendants to file an answer or other dispositive pleading is **July 3, 2023**. The parties further request that all other filing deadlines be similarly extended.

Respectfully submitted,

Dated:  May 31, 2023                                     PHILLIP A. TALBERT
                                                                               United States Attorney

                                                                        By:  /s/ ELLIOT C. WONG
                                                                               ELLIOT C. WONG
                                                                               Assistant United States Attorney


                                                                               /s/ CHRISTINA SULLIVAN
                                                                               CHRISTINA SULLIVAN
                                                                               Counsel for Plaintiff


                                              ORDER

         IT IS SO ORDERED.

Dated: June 01, 2023                            /s/ John A. Mendez
                                                               THE HONORABLE JOHN A. MENDEZ
                                                               SENIOR UNITED STATES DISTRICT JUDGE